**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

February 21, 2008

**LETTER ORDER**

Re:   Romanello et al. v. Maryan Limo Service et al.
      Civil Action No. 07-268 (HAA)

Dear Counsel:

Please be advised that an in-person settlement conference is scheduled before the Undersigned on **April 2, 2008, at 11:30 a.m..**  One week prior to the conference, each party is to deliver to the Court a confidential letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.  Trial counsel is to be present in-person and clients with full settlement authority are permitted to participate over the phone.  Any failure in this regard may result in the imposition of sanctions. Should you have any questions please call (973) 297-4887.

**SO ORDERED.**

                                                    *s/Esther Salas*
                                                    **Esther Salas**
                                                    **UNITED STATES MAGISTRATE JUDGE**