MUSCIO & KAPLAN, LLC
3125 Route 10 East, Suite 2D
Denville, New Jersey 07834
(973) 328-0403
Attorneys for Defendant Diane Jakubowics

| | |
|---|---|
| RICHARD ROMANELLO and KELLY ROMANELLO, h/w<br><br>Plaintiffs<br><br>vs.<br><br>MARYAN LIMO SERVICE, RAIAGOPAL YARLAGADDA, DIANE JAKUBOWICS, ABC CORPORATION 1-99, fictitious entities, and JOHN DOE, 1-99, fictitious names<br><br>Defendants | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br>Civil Case No. 07-cv-268 (HAA)<br><br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

THIS MATTER having come on before the Court for an in-person status conference on June 15, 2009; and for good cause shown,

It is on this 17th day of June, 2009,

**ORDERED THAT:**

1. Plaintiff Richard Romanello will attend the orthopedic evaluation scheduled by the defense with Joseph W. Dryer, M.D. on July 9, 2009 at 7:15 p.m.

2. Defendants will serve the report of Dr. Dryer on or before August 10, 2009.

3. Should the defense orthopedic medical expert require additional exhibits for review, such as MRI films, plaintiff Richard Romanello will execute and promptly deliver additional authorizations to defense counsel for release of protected health information, and defendants will endeavor to obtain those additional exhibits by September 10, 2009. The defense medical expert's supplemental report, if any, will be served within 30-days of his receipt of the additional exhibits.

4. If the defense requires a neurological evaluation, it will be scheduled by September 16, 2009, on 30-days notice to the plaintiff; and that expert's report will be served within 30-days of the examination.

5. Discovery is to be concluded by October 16, 2009.

6. The Honorable Esther Salas, U.S.M.J., will conduct a telephone status conference on September 1, 2009 at 11:30 AM; Sanford D. Kaplan, Esq. will initiate the call.

7. Failure to comply with the terms of this order or any subsequent scheduling orders entered by this Court may result in sanctions.

Hon. Esther Salas
United States Magistrate Judge